ANNA LOTZ v. NICHOLAS WHITE.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANHATTAN SQUARE BERESFORD, INC., v. ALFRED HAGEDORN.—Application for leave to appeal granted, and motion for stay denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. H. BUTCHER CO., INC., v. VINCENT O'CONNOR.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LINA HOBERG v. A. SOFRANSCY, Doing Business, etc.— Motion denied, with ten dollars costs; all proceedings on the part of defendant to enforce judgment stayed pending the granting or final refusal of leave to appeal by the Court of Appeals, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

MARY T. MEEHAN v. THOMAS J. MEEHAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE CITY OF NEW YORK v. RED STAR TOWING AND TRANSPORTATION COMPANY. THE CITY OF NEW YORK v. RED STAR TOWING AND TRANSPORTATION COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BENN RIGEL LUMBER AND SUPPLY CORPORATION v. PSATY & FUHRMAN, INC., and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NINETEEN JOHN STREET CORPORATION v. JOHN C. McNAMARA, JR.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BENN RIGEL LUMBER AND SUPPLY CORPORATION v. PSATY & FUHRMAN, INC., and Others, Impleaded, etc.— Motion granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Changing the Map or Plan of THE CITY OF NEW YORK so as to Establish the Lines and Grades of Hammersley Avenue and Fenton Avenue Across the Right-of-Way of the NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Borough of The Bronx, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

J. ARON & COMPANY v. PANAMA RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HARRY F. STIX and Others, Copartners, etc., for the Appointment of Three Persons to Appraise the Value of Shares of First Preferred Stock of GODCHAUX SUGARS, INC., a Domestic Corporation, Held and Owned by the Petitioner, and for Further Proceedings in Respect Thereof, Pursuant to Subdivision 12 ▌ of Section 38 and Section 21 ▌ of the Stock Corporation Law. And 135 Other Motions.— Motions denied. Settle orders on notice. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.